ARAM AFSHARIAN (SBN: 283692)
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: aafsharian@grsm.com

Lead Attorney for Defendants Wellpath, California Forensic Medical Group, Amber Bortello, Francine Tillman, and Ylliana Keller

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUSTIN J. GOSS, individually; and CRYSTAL BRANQUINHO, individually

Plaintiffs,

v.

COUNTY of SAN LUIS OBISPO, a government entity; WELLPATH; a Delaware limited liability company; CALIFORNIA FORENSIC MEDICAL GROUP, a California corporation; JACOB BLACK, in his individual capacity; AMBER BORTELLO, in her individual capacity; FRANCINE TILLMAN, in her individual capacity; YLLIANA KELLER, in her individual capacity; and DOES 1-10,

Defendants.

Case No.: 2:26-cv-04235-SB-RAO

**NOTICE OF APPEARANCE OF LEAD ATTORNEY**

Aram Afsharian, of the law firm of Gordon Rees Scully Mansukhani, LLP, hereby enters his appearance as Lead Attorney on behalf of Defendants Wellpath, California Forensic Medical Group, Amber Bortello, Francine Tillman, and Ylliana Keller.

In accordance with Central District of California C.L.R., the undersigned certifies that he is a member in good standing of the bar of this Court.



GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111

Dated: August 17, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Aram Afsharian*
Aram Afsharian
Attorney for Defendants Wellpath, California Forensic Medical Group, Amber Bortello, Francine Tillman, and Ylliana Keller

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111

# PROOF OF SERVICE

I am a resident of the State of Idaho, over the age of eighteen years, and not a party to the within action. My business addresses is: 315 Pacific Avenue, San Francisco, CA 94111. On August 17, 2026, I served the within document(s):

☒ **BY ELECTRONIC SERVICE** through the CM/ECF System which automatically generates a Notice of Electronic Filing at the time said document is filed to the email address(es) listed in the Electronic Mail Notice List and denoted below, which constitutes service pursuant to FRCP 5(b)(3).

| | |
|---|---|
| Cameron Sehat, Esq.<br>Jeffrey Mikel, Esq.<br>THE SEHAT LAW FIRM, PLC<br>5100 Campus Drive, Suite 200<br>Newport Beach, CA 92612<br>Telephone: (949) 815-5200<br>Facsimile (949) 313-5001<br>cameron@sehatlaw.com<br>j.mikel@sehatlaw.com<br><br>***Attorneys for Plaintiffs*** | Eugene P Ramirez<br>Manning and Kass Ellrod Ramirez Trester LLP<br>801 South Figueroa Street 15th Floor<br>Los Angeles, CA 90017-3012<br>213-624-6900<br>Fax: 213-624-6999<br>Email:<br>Eugene.Ramirez@manningkass.com<br><br>***Attorney for Defendant County of San Luis Obispo*** |
| Joshua M. George<br>Betsy Bras-Gonzalez<br>Adamski Moroski Madden Cumberland & Green LLP<br>6633 Bay Laurel Place<br>Avila Beach, CA 93424<br>Mailing Address<br>P.O. Box 3835<br>San Luis Obispo, CA 93403-3835<br>Phone: (805) 543-0990<br>Fax: (805) 543-0980<br>Email: george@ammcglaw.com<br>bbrasgonzalez@ammcglaw.com<br><br>***Attorneys for Defendant Jacob Black*** | |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 17, 2026.

*/s/ Suneel J. Nelson*
An Employee of Gordon Rees Scully Mansukhani LLP

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111