ARAM AFSHARIAN (SBN: 283692)
KENDRA STARK (SBN: 363663)
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
aafsharian@grsm.com
kstark@grsm.com

Attorneys for Defendants Wellpath, California Forensic Medical Group, Amber Bortello, Francine Tillman, and Ylliana Keller



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUSTIN J. GOSS, individually; and CRYSTAL BRANQUINHO, individually

Plaintiffs,

v.

COUNTY of SAN LUIS OBISPO, a government entity; WELLPATH; a Delaware limited liability company; CALIFORNIA FORENSIC MEDICAL GROUP, a California corporation; JACOB BLACK, in his individual capacity; AMBER BORTELLO, in her individual capacity; FRANCINE TILLMAN, in her individual capacity; YLLIANA KELLER, in her individual capacity; and DOES 1-10,

Defendants.

Case No.: 2:26-cv-04235-SB-RAO

**JOINT STATUS REPORT**

Pursuant to the Court's instructions at the mandatory scheduling conference held on August 21, 2026, the parties have met and conferred regarding the possibility of consenting to proceed before a magistrate for all purposes. ECF No. 42. The parties report that Plaintiffs consent to proceeding before a magistrate judge for all purposes. Defendant County of San Luis Obispo and Defendants Wellpath, California Forensic Medical Group, Amber Bortello, Francine Tillman and Ylliana

Keller do not consent to proceeding before a magistrate for all purposes at this time. Accordingly, the parties have not reached unanimous consent and will continue to proceed before the assigned district court judge.

Dated: August 28, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Aram Afsharian*
Aram Afsharian
Kendra Stark
Attorneys for Defendants Wellpath, California Forensic Medical Group, Amber Bortello, Francine Tillman, and Ylliana Keller

Dated: August 28, 2026

THE SEHAT LAW FIRM, PLC

By: */s/ Jeffrey Mikel*
Cameron Sehat
Jeffrey Mikel
Attorneys for Plaintiffs

Dated: August 28, 2026

MANNING AND KASS ELLROD RAMIREZ TRESTER LLP

By: */s/ Kelly Duncan*
Eugene Ramirez
Kelly Duncan
Kimberly Aceves
Attorney for Defendant County of San Luis Obispo

GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

# PROOF OF SERVICE

I am a resident of the State of Idaho, over the age of eighteen years, and not a party to the within action. My business addresses is: 633 West Fifth Street, 52nd Floor, Los Angeles, CA 90071. On August 28, 2026, I served the within document(s):

☒ **BY ELECTRONIC SERVICE** through the CM/ECF System which automatically generates a Notice of Electronic Filing at the time said document is filed to the email address(es) listed in the Electronic Mail Notice List and denoted below, which constitutes service pursuant to FRCP 5(b)(3).

| | |
|---|---|
| Cameron Sehat, Esq.<br>Jeffrey Mikel, Esq.<br>THE SEHAT LAW FIRM, PLC<br>5100 Campus Drive, Suite 200<br>Newport Beach, CA 92612<br>Telephone: (949) 815-5200<br>Facsimile (949) 313-5001<br>cameron@sehatlaw.com<br>j.mikel@sehatlaw.com<br><br>***Attorneys for Plaintiffs*** | Eugene Ramirez, Esq.<br>Kelly Duncan, Esq.<br>Kimberly Aceves, Esq.<br>Manning and Kass Ellrod Ramirez Trester LLP<br>801 South Figueroa Street 15th Floor<br>Los Angeles, CA 90017-3012<br>213-624-6900<br>Fax: 213-624-6999<br>Eugene.Ramirez@manningkass.com<br>Kelly.Duncan@manningkass.com<br>Kimberly.Aceves@manningkass.com<br><br>***Attorney for Defendant County of San Luis Obispo*** |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 28, 2026.

*/s/ Suneel J. Nelson*
An Employee of Gordon Rees Scully Mansukhani LLP

GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071