THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN 256535)
Jeffrey Mikel, Esq., (SBN 350671)
5100 Campus Drive, Suite 200
Newport Beach, CA 92612
Telephone: (949) 825-5200
Facsimile: (949) 313-5001
Email: cameron@sehatlaw.com

Attorneys for Plaintiffs,
JUSTIN J. GOSS, individually, and CRYSTAL BRANQUINHO, individually

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN J. GOSS, individually; and CRYSTAL BRANQUINHO, individually<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY of SAN LUIS OBISPO, a government entity; WELLPATH; a Delaware limited liability company; California Forensic Medical Group, a California corporation; JACOB BLACK, in his individual capacity; AMBER BORTELLO, in her individual capacity; FRANCINE TILLMAN, in her individual capacity; YLLIANA KELLER, in her individual capacity; and DOES 1-10;<br>Defendants. | Case No.: 2:26-cv-04235 SB (RAOx)<br><br>**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM PURSUANT TO COURT ORDER (DOCKET 58)** |

If the full extent of the relationship between WELLPATH and CFMG was limited solely to contractual indemnification between the two corporations, it appears that CFMG could file a cross complaint for indemnification in the same action. See Valley Circle Estates v. VTN Consolidated Inc., 33 Cal 3d 604, at 611-612 (1983). Counsel could find no case establishing an indemnification agreement alone would be sufficient to for direct liability to an injured plaintiff.

However, Plaintiffs' claims are based on more than contractual indemnification between WELLPATH and CFMG. Wellpath effectively does business in the state of California through a management service agreement with CFMG which is the provider that directly contracts with the Counties. This is because, based on counsel's prior experience in cases involving both WELLPATH and CFMG, California law requires providers of jail medical services must be wholly physician owned. (See Cal Code Regs § 1343(b).) CFMG is a physician owned corporation and WELLPATH is not.

Pursuant to this agreement, WELLPATH typically provides training, training materials, and policies to CFMG and its employees.[1] Often the training materials given to jail medical staff has the name 'WELLPATH' in the title.

Here, WELLPATH is engaged in a management service agreement with Defendant CFMG in which Defendant WELLPATH dictates Defendant CFMG's policies and procedures, and that WELLPATH maintains exclusive control over Defendant CFMG's staffing and employment decisions. In fact, several of Goss's med records are labeled WELLPATH medical forms, including his receiving screening form and the emergency room direct referral, indicated Wellpath as the entity providing medical care, not CFMG.

---

[1] A Napa County Grand Jury Report from 2021 titled: Napa County Probation Department And Department of Corrections Contract Administration: Who is Minding the Store? demonstrates there is a close working relationship between the two corporations. Most significantly, the report demonstrates that pursuant to the agreements between the County of Napa, CFMG, and Wellpath that Wellpath was required to develop policies for the County's Jail and review said policies and procedures at least yearly. https://cgj.ungovr.org/pdf/0e4d71f9-4efe-4aea-9ea6-a8447241144e.pdf See page 5.

Dated: September 18, 2026

THE SEHAT LAW FIRM, PLC

By: /s/ Jeffrey Mikel

Jeffrey Mikel, Esq.
Cameron Sehat, Esq.
Attorneys for Plaintiffs