ARAM E. AFSHARIAN (SBN: 283692)
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Email: aafsharian@grsm.com

Attorney for Defendants Wellpath, California Forensic Medical Group, Amber Bortello, Francine Tillman, and Ylliana Keller

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN J. GOSS, individually; and CRYSTAL BRANQUINHO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY of SAN LUIS OBISPO, a government entity; WELLPATH; a Delaware limited liability company; CALIFORNIA FORENSIC MEDICAL GROUP, a California corporation; AMBER BORTELLO, in her individual capacity; FRANCINE TILLMAN, in her individual capacity; YLLIANA KELLER, in her individual capacity; and DOES 1-10,<br><br>Defendants. | Case No. 2:26-cv-04235-SB-RAO<br><br>**ARAM AFSHARIAN'S DECLARATION IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT FOR DAMAGES**<br><br>Third Amended Complaint Filed: September 30, 2026<br><br>Date: November 6, 2026<br>Time: 8:30 a.m.<br>Courtroom: 6C<br>Judge: Hon. Stanley Blumenfeld, Jr. |

I, Aram Afsharian, declare and state as follows:

1. I am an attorney admitted to practice law in California in the United States District Court for the Central District of California, and I am a Partner in the firm Gordon Rees Skully Mansukhani, LLP, and counsel of record for Defendants, Wellpath LLC, California Forensic Medical Group, Amber Bortello, Francine Tillman, and Ylliana Keller (hereinafter collectively "CFMG Defendants"). I submit

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111

this declaration in support of their Motion to Dismiss Plaintiffs' Third Amended Complaint for Damages pursuant to Federal Rule of Civil Procedure 12(b)(6). I have personal knowledge of the matters set forth herein and, if called as a witness, could testify competently thereto.

2. On October 2, 2026, the parties' respective counsels participated in a videoconference during which the office of undersigned defense counsel took the position that the acts as alleged in Plaintiffs' Third Amended Complaint did not amount to deliberate indifference and should therefore be dismissed. Plaintiffs' counsel took the position that CFMG Defendants' actions amounted to deliberate indifference and therefore the motion to dismiss should be denied. Despite the good faith efforts of counsel for the parties, resolution proved not possible.

3. I certify that the parties met by videoconference, thoroughly discussed each and every issue raised in the motion, and attempted in good faith to resolve the motion in whole or in part.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 9, 2026 GORDON REES SCULLY MANSUKHANI, LLP

By: *<u>/s/ Aram Afsharian</u>*
Aram Afsharian
Attorney for Defendants Wellpath, California Forensic Medical Group, Amber Bortello, Francine Tillman, and Ylliana Keller

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111

**PROOF OF SERVICE**

*U.S.D.C. Central District of California, Case No.: 2:26-cv-04235-SB-RAO*

I, Suneel Nelson, certify that this document, filed through the Court's ECF system on October 9, 2026, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Suneel Nelson*